THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLETON G. MACLEAN, Appellant, v. GEORGE A. STEPHENS and CATHERINE STEPHENS, Respondents.— Order denying motion to modify order awarding custody of infant affirmed, with ten dollars costs and disbursements, but without prejudice to a future application by the father. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur;

Lazansky, P. J., dissents upon the ground that the best interests of the child require that the father should have its custody.